# ELECTRONIC RECORD

COA #14-13-00963-CR

OFFENSE: Aggravated Assault

STYLE: Garrick Ian Hastings v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 208th District Court

DATE: December 2, 2014   Publish: No

TC CASE #: 1403750

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Garrick Ian Hastings v The State of Texas

CCA # _____

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

CCA Disposition: **196-15**

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: 05/20/2015

SIGNED: _____     PC: _____

JUDGE: Per Curiam

PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**